UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
UNITED STATES OF AMERICA

                        -against-

JASON PONDER,
                              Defendant.
-----------------------------------------------------X

06 cr 481 (JGK)

**ORDER**

      A conference having been held today, on the violation of supervised release, the Court hereby orders that all the conditions of supervised release be continued, as well as the following additional conditions:

      The defendant shall be placed under home incarceration to be enforced by location monitoring, using specific technology to be determined by the Probation Department. The defendant may only leave his residence for necessary medical services, treatment services, current work, and legal matters, with advanced notification, and approval if time permits, from the Probation Department. All other leave from the residence must be submitted through defense counsel for the Court's approval. The defendant is to pay the cost of location monitoring if he is financially able to do so. For a period of 14 days, starting August 5, 2020, the defendant shall be quarantined at his residence and not be permitted to leave.

**SO ORDERED.**

Dated: New York, New York
       August 5, 2020

                                                /s/John G. Koeltl
                                              **JOHN G. KOELTL**
                                     **UNITED STATES DISTRICT JUDGE**