UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

UNITED STATES OF AMERICA,

          - against -

          06 CR 481

JASON PONDER

          Defendant.

----------------------------------------------------------------X

> Application granted.
> SO ORDERED.
>
> /s/ John G. Koeltl
> New York, NY         John G. Koeltl
> September 1, 2020    U.S.D.J.

## DEFENDANT JASON PONDER'S REQUEST
## FOR MODIFIED BOND

Samuel Gregory, Esq

Law Office of Samuel Gregory

16 Court Street, Suite 2008

Brooklyn, New York

Tel: 718-222-2992/718-360-6243

Fax: 718-222-2889

Email: Sam@samgregory.com

*Attorney for Jason Ponder*

Dear Judge Koeltl,

    Please be advised that I am writing this to request that you permit Mr. Ponder to leave his residence to handle personal errands. I request that you permit Mr. Ponder to leave his residence for three hours a week to food shop, four hours a week to do laundry, four hours for religious services and four hours a month for haircuts.

    I have conferred with representatives from probation and the Government and they have no object to this request.

                                              Respectfully submitted,

By:    //Samuel Gregory//

          Law Office of Samuel Gregory
          16 Court Street, Suite 2008
          Brooklyn, New York
          Tel: 718-222-2992/718-360-6243
          Fax: 718-222-2889
          Email: Sam@samgregory.com

*Attorney for Jason Ponder*

cc: Counsel for the Government by ECF
cc: USPO by ECF