UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
UNITED STATES OF AMERICA

06cr481 (JGK)

       -against-

**ORDER**

JASON PONDER,
                    Defendant.
-----------------------------------------------------X

      The defendant, Jason Ponder, having been sentenced for violation of supervised release

in the above matter, shall surrender to an institution designated by the Bureau of Prisons by 2pm

on January 11, 2021.

**SO ORDERED.**

Dated: New York, New York
January 8, 2021

                        **/s/John G. Koeltl**
                      **JOHN G. KOELTL**
             **UNITED STATES DISTRICT JUDGE**