UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA

                                                                                                                           06cr481 (JGK)

       -against-

                                                                                                                                **ORDER**

JASON PONDER,
                          Defendant.
------------------------------------------------------X

      In drafting the Judgment, the Court made it explicit that both the term of imprisonment and the term of supervised release are to run concurrently on Counts 2 and 4. The parties should advise the Court promptly if they have any objections.

**SO ORDERED.**

Dated: New York, New York
       January 8, 2021

                                                                   /s/John G. Koeltl
                                                         **JOHN G. KOELTL**
                                        **UNITED STATES DISTRICT JUDGE**