UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
UNITED STATES OF AMERICA

                                                                                    06cr481 (JGK)

        -against-

                                                                                      ORDER

JASON PONDER,

                       Defendant.
--------------------------------------------------------X

      The defendant, Jason Ponder, having been sentenced for violation of supervised release in the above matter, shall surrender to the Metropolitan Detention Center (MDC), in Brooklyn, New York, by 2pm on January 11, 2021.  This order revises the Court's order of January 8, 2021 (Document 142)

SO ORDERED.

Dated: New York, New York
       January 11, 2021

                                                                          /s/John G.  Koeltl
                                                                     JOHN G. KOELTL
                                                          UNITED STATES DISTRICT JUDGE