UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA,

      -against-                                  06 cr 481 (JGK)

JASON PONDER,
                    Defendant.
---------------------------------------------------------------X

      It is hereby ordered that Andrea Zellan and Melinda Sarafa, Esqs., of Sarafa Zellan PLLC

are appointed as counsel for the above-named defendant, Jason Ponder, for purposes of the

violation of supervised release.

**SO ORDERED.**

_____
JOHN G. KOELTL
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
      May 12, 2026