

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 30, 2026

**BY ECF & EMAIL**
The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:    *United States v. Jason Ponder*, 06 Cr. 481 (JGK)

Dear Judge Koeltl:

The Government respectfully submits this letter to provide the Court with an update regarding the supervisee's pending state matter, the charges of which form the basis of the specifications set forth in the April 22, 2026 violation report for which the supervisee initially appeared on May 12, 2026. The supervisee's state matter remains pending, with his next appearance scheduled for September 25, 2026. The parties respectfully request to provide the Court with another update by October 5, 2026—or sooner, should the supervisee's state case resolve prior to the September 25, 2026 appearance.

The Government has been in touch with the supervisee's Probation Officer and understands that the supervisee is in compliance with the terms of his supervision set by the Court at the May 12, 2026 appearance.

Respectfully submitted,

JAY CLAYTON
United States Attorney

**APPLICATION GRANTED**
**SO ORDERED**

_____
John G. Koeltl, U.S.D.J.

7/1/26

By: _____

Christy Slavik
Assistant United States Attorney
(212) 637-1113

Cc:    Andrea Zellan, Esq. (by ECF)
United States Probation Officers Rosie Anderson & Renel Dennis (by email)