SARAFA ZELLAN

43 West 43rd Street, Suite 370 | New York, NY 10036
212.785.7577 | 646.868.8266 (fax)
www.sarafazellan.com

October 2, 2026

**BY ECF & EMAIL**
The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: United States v. Jason Ponder, 06 Cr. 481 (JGK)**

Dear Judge Koeltl:

I represent Mr. Jason Ponder and I respectfully submit this letter to provide the Court with an update regarding Mr. Ponder's pending state matter. The pending state matter forms the basis of the specifications set forth in the April 22, 2026, violation report for which Mr. Ponder initially appeared on May 12, 2026.

Mr. Ponder's state matter remains pending in the New York State Supreme Court, Criminal Term in Brooklyn, New York. His next scheduled appearance in the matter is October 15, 2026. I have been in touch with Probation Officer Anderson who confirms that Mr. Ponder remains in compliance with his conditions of supervised release and location monitoring as required by his bond.

I have also been in touch with the government and with Officer Anderson about a proposed date for the parties to submit the next update to the Court. The parties respectfully request to provide the Court with the next update on November 13, 2026. If Mr. Ponder's state matter resolves prior to November 13, 2026 the parties will promptly notify the Court.

Respectfully submitted,

Andrea Zellan
Counsel to Jason Ponder

cc: AUSA Jessica Greenwood (via ECF)
United States Probation Officers Rosie Anderson & Renel Dennis (by email)